# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN J. KEACH, *et al.*, <br><br>    Plaintiffs, <br><br>vs. <br><br>CITYCENTER BOTIQUE RESIDENTIAL DEVELOPMENT, LLC., *et al.*, <br><br>    Defendants. | Case No. 2:11-cv-00245-PMP-PAL <br><br> **ORDER** <br><br> (Mot to Ext - Dkt. #28) <br> (Mot to Stay - Dkt. #29) |

Before the court is Defendants' Motion for Reconsideration (Dkt. #27), and Request to Extend Deadlines to File Notice of Appeal (Dkt. #28), and for a Stay of Further Judicial Proceedings Pending Appeal (Dkt. #29) which were docketed as three separate motions, but filed as one document. The request to extend deadline to file notice of appeal, and for a stay of further judicial proceedings pending the appeal were referred to the undersigned.

Defendants seek reconsideration of the District Judge's Order (Dkt. #26) dated May 9, 2011, and electronically served May 10, 2011. The order denied Defendants' motions to dismiss and to compel arbitration, or in the alternative to compel arbitration and stay this action pending the outcome of arbitration. Defendants seek reconsideration of this order. Defendants also ask that pending a decision on the motion to reconsider, that the court extend the deadline to file a notice of appeal, and also seek a stay of further judicial proceedings pending appeal. The District Judge will consider the motion for reconsideration. This order is entered to maintain the status quo until a decision of the motion for reconsideration. Having reviewed and considered the matters,

**IT IS ORDERED** that:

1. Plaintiffs shall have until **June 9, 2011,** in which to file a response to all three motions.
2. Defendants shall have until **June 16, 2011**, in which to file a response.

3. A temporary extension of the deadline to file the notice of appeal is entered pending the District Judge's decision on the motion for reconsideration.

4. A temporary stay of discovery is entered pending a decision on the motion for reconsideration.

Dated this 2nd day of June, 2011.

                                                                                        _____
Peggy A. Leen
United States Magistrate Judge