UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHLEEN J. KEACH AND ECKLEY M. KEACH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY CENTER BOUTIQUE RESIDENTIAL DEVELOPMENT, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a Delaware corporation, et al.,<br><br>Defendants. | 2:11-CV-00245-PMP-PAL<br><br>**<u>ORDER</u>** |

On May 9, 2011, the Court entered an Order (Doc. #26) denying Defendants' Motion to Dismiss (Doc. #26).

On May 26, 2011, Defendants filed a Motion for Reconsideration, and Request to Extend Deadline to File Notice of Appeal, and For a Stay of Further Judicial Proceedings Pending Appeal (Docs. #27, #28 and #29). Defendants' Motion(s) is fully briefed and on June 23, 2011 Defendants filed a Supplement Thereto (Doc. #40) which prompted Plaintiffs' Motion For Leave to File Supplemental Memorandum (Doc. #41) on June 27, 2011.

Having read and considered the foregoing, the Court finds no good cause presented by Defendants to warrant reconsideration of this Court's Order (Doc. #26)

entered May 9, 2011.  Neither does the Court find good cause presented to warrant a stay of further judicial proceedings pending appeal.  The Court will, however, grant Defendants' motion to extend the time to file a notice of appeal.

**IT IS THEREFORE ORDERED that** Defendants' Motion for District Judge to Reconsider Order (Doc. #27) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for a Stay of Further Judicial Proceedings Pending Appeal (Doc. #29) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Request to Extend Deadline to File Notice of Appeal (Doc. #28) is **GRANTED** to the extent that Defendants shall have thirty (30) days from the date of the entry of this order within which to file a notice of appeal from this Court's Order of May 9, 2011 (Doc.#26) and the instant Order.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to File Supplemental Memorandum (Doc. #41) is **GRANTED**.

DATED: June 28, 2011.

_____
PHILIP M. PRO
United States District Judge